UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMETT CALDWELL,

                    Plaintiff,

           -against-

ST. JAMES PRESBYTERIAN CHURCH, ET
AL.,

                  Defendants.

25-CV-2522 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

      In 2015, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Caldwell v. Gigante*, No. 15-CV-2153 (LAP) (S.D.N.Y. July 9, 2015). Plaintiff files this new action *pro se* and seeks IFP status. (ECF 1, 2.) Plaintiff submitted a motion providing the following reasons why the Court should grant him leave to file this complaint[1]

> PLAINTIFF WAS BORN IN NYC AND SUFFERED REPETED NORTHERN
> VARIETY OF RACEISM.SLAVERY AND DISINFRANCHISEMENT BY THE
> JEWISH IRISH ... CLAN CABELS THAT HAVE THE JOBS TO AUTHORIZED
> DISENFRANCHISEMENT VESTITUE OF SLAVERY DENYING ANGLO SAXON
> MAGNA CHARTA US CONSTUTION CIVIL RIGHTS DE JURE ENSLAVERY BY
> ATTORNEYS CARTELS JUDICAL ORDERS ECT RESULTING IN WOMAN IN
> FEDERAL JUDGESHIP DEMANDING PLAINTIFF MAKE THIS MOTION BEFORE
> FILE ING AFTER SHE DISENFRANCHISED PLAINTIFF UNDER COLOR IF LAW
> AND JUDICAL IMMUNITY'S.
>
> PLAINTIFF ANGLO SAXON DESCENT HAS A RIGHT UNDER MAGNA CHARTA
> US CONSTUTION AND LAWS TO FLE THIS. ACTION AND WILL SUCEED ON
> THE MERITS

(ECF 3.)

      Because these assertions do not indicate a departure from Plaintiff's pattern of frivolous

---

[1] The Court quotes from the submission verbatim. All spelling, grammar, and punctuation are as in the original unless noted otherwise.

litigation, the Court denies the motion for leave to file and his IFP application, and dismisses this action without prejudice under 28 U.S.C. § 1651.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to issue a civil judgment dismissing this case.

SO ORDERED.

Dated:    November 19, 2025
          New York, New York

                                        /s/ Laura Taylor Swain
                                        _____
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

2