UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMETT CALDWELL,

                              Plaintiff,

                -against-

ST. JAMES PRESBYTERIAN CHURCH, ET
AL,

                              Defendants.

25-cv-2522 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 19, 2025, order, this action is dismissed without prejudice under 28 U.S.C. § 1651.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 26, 2025
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge